UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADARELLA DEYLII,<br><br>                Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                Defendants. | 7:13-cv-06669-NSR<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, KERRY ALAN SCANLON, hereby move this Court for an Order for admission practice Pro Hac Vice to appear as counsel for NOVARTIS PHARMACEUTICALS CORPORATION, in the above-captioned action.

      I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

      Attached hereto is a certificate of good standing from the District of Columbia. Also filed with this motion is a proposed Order for Admission Pro Hac Vice.

      *[signature page immediately follows]*

61684206

Dated: New York, New York,
      November 14, 2013

                              Respectfully Submitted,

                              */s/ Kerry Alan Scanlon*
                              Kerry Alan Scanlon
                              KAYE SCHOLER LLP
                              901 Fifteenth Street, NW
                              Washington DC 20005
                              Tel: 202-682-3660
                              Fax: 202-414-0350
                              E-mail: kscanlon@kayescholer.com



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### KERRY A. SCANLON

was on **DECEMBER 14, 1977** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 12, 2013.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADARELLA DEYLII,

                Plaintiffs,

    v.

NOVARTIS PHARMACEUTICALS CORPORATION,

                Defendants.

7:13-cv-06669-NSR

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of KERRY SCANLON, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia bar; and that his contact information is as follows:

    Applicant's Name:    Kerry Alan Scanlon
    Firm Name:    Kaye Scholer LLP
    Address:    901 Fifteenth Street, NW
    City/State/Zip    Washington DC 20005
    Phone Number:    202-682-3660
    Fax Number:    202-682-3580
    Email:    kerry.scanlon@kayescholer.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for NOVARTIS PHARMACEUTICALS CORPORATION in the above-captioned action.

61684235

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                                    _____

                                                                                        United States District/Magistrate Judge