IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADARELLA DEYLII,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 7:13-cv-06669-NSR |

PLEASE TAKE NOTICE that the undersigned, an associate at the law firm of Kaye Scholer LLP, hereby appears as counsel for defendant NOVARTIS PHARMACEUTICALS CORPORATION in the above-captioned action.  I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon the address set forth below.

Dated: November 15, 2013
       New York, New York

By:  /s/ Tricia Beckles
Tricia Beckles (TB 8888)
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
tricia.beckles@kayescholer.com
Telephone: (212) 836-8000
Facsimile: (212) 836-6454

*Counsel for Defendant, Novartis Pharmaceuticals Corporation*

TO:    VIA ECF

61684167