## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADARELLA DEYLII,<br><br>                    Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br><br>                    Defendants. | 7:13-cv-06669-NSR<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of KERRY SCANLON, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia bar; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Kerry Alan Scanlon |
| Firm Name: | Kaye Scholer LLP |
| Address: | 901 Fifteenth Street, NW |
| City/State/Zip | Washington DC 20005 |
| Phone Number: | 202-682-3660 |
| Fax Number: | 202-682-3580 |
| Email: | kerry.scanlon@kayescholer.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

NOVARTIS PHARMACEUTICALS CORPORATION in the above-captioned action.



**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: Nov. 18, 2013
White Plains, NY

Nelson S. Roman 11/18/13
United States District/~~Magistrate~~ Judge