UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADARELLA DEYLII,<br><br>       Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Defendants. | 7:13-cv-06669-NSR<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of JEREMY WHITE, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia bar; and that his contact information is as follows:

  Applicant's Name:  Jeremy White
  Firm Name:  Kaye Scholer LLP
  Address:  901 Fifteenth Street, NW
  City/State/Zip  Washington DC 20005
  Phone Number:  202-682-3644
  Fax Number:  202-414-0329
  Email:  jeremy.white@kayescholer.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

NOVARTIS PHARMACEUTICALS CORPORATION in the above-captioned action.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2013
61685528

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: Nov. 18, 2013
White Plains, NY

_____ 11/18/13
Nelson S. Román
United States District/~~Magistrate~~ Judge