# KAYE SCHOLER LLP

**MEMO ENDORSED**

Kerry Alan Scanlon
+1 202 682 3660 office
kscanlon@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
+1 202 682 3500 main
+1 202 414 0350 fax

The application is ☒ granted.
                  ☐ denied.

_/s/ Nelson S. Román_ 4/16/14
Nelson S. Román, U.S.D.J.
Dated: April 16, 2014
White Plains, New York 10601

Defendant's application to file this response to Plaintiff's Sur-reply is Granted. No further briefing is necessary.

April 15, 2014

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Deylii v. Novartis Pharmaceuticals Corporation*, Case No. 13-cv-06669-NSR

Dear Judge Roman:

On behalf of defendant Novartis Pharmaceuticals Corporation ("NPC"), we respectfully request leave to file this brief response to plaintiff Adarella Deylii's sur-reply, which was supposed to be limited to a single issue, namely the fact that the *Velez* release was contained in the "Settlement Agreement and Release" signed by class counsel (on behalf of Ms. Deylii and other class members) and by counsel for NPC, and approved by Judge McMahon. This fact is of no moment to the motion to dismiss in this case because the releases in many "opt out" class action settlements are done in this exact way -- by putting the release in the settlement agreement which is then binding on all class members who do not opt out by the deadline set by the court, and then having each class member sign a document when they accept payment of the settlement funds.

That is exactly what happened here. When Ms. Deylii received her check in *Velez* for $27,157.40 (minus applicable withholdings), her signature appeared below the following language:

> By negotiating this check and accepting payment *I agree that I have waived and released* the Released Parties from all Released Claims *as defined in the Settlement Agreement and in the Notice in this matter.* This Release is effective as of the Effective Date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/2014

Chicago  Los Angeles  Shanghai
Frankfurt  New York  Washington, DC
London  Palo Alto  West Palm Beach

April 15, 2014 | Page 2

A copy of both sides of the cleared check is enclosed herewith as Exhibit 1. When the check was sent to Ms. Deylii, it included a tax return document, which specifically states that the enclosed check is her "award as part of the Velez, et al. v. Novartis Pharmaceuticals Corp. Class Action Settlement." Exhibit 2. These documents are part and parcel of the *Velez* settlement of which this Court may take judicial notice.

When the language on the check specifically referred to "all Released Claims *as defined in the Settlement Agreement and in the Notice in this matter*" (emphasis added), this was a reference to the same documents we have discussed throughout our opening and reply briefs. Thus, there can be no doubt that Ms. Deylii signed a document proving that she knowingly and voluntarily released "any and all . . . claims of alleged employment discrimination" because that language was included in the documents referenced on the back of the check she endorsed.

Most of plaintiff's sur-reply merely repeats the arguments previously made in her opposition papers, and they fail because releases often are broader than the specific claims in the underlying case.

NPC respectfully requests permission to file a response to plaintiff's sur-reply, which will be exactly the same as the content of this letter and the attachments hereto. We would be able to file that the same day the Court grants leave to do so.

Respectfully submitted,

*/s/ Kerry Alan Scanlon*

Kerry Alan Scanlon

cc: Michael D. Diederich, Jr., Counsel for Plaintiff

VIA FACSIMILE

# EXHIBIT 1

Apr-15-14 03:23pm From-KAYE SCHOLER LLP Case 7:13-cv-06668-NSR Document 18 2026023580 Filed 04/16/14 T-112 Page 3 of 6 P.04/07 F-349

**Item #1**
Account No.: 196474153472  Check No.: 105298  Sequence No.: 009191349678
Amount: $20941.95  Routing No.: 073000S4  Date: 07/21/2011

Front:

NOVARTIS CLAIMS ADMINISTRATOR
C/O BUST CONSULTING INC
PO BOX 1129
MINNEAPOLIS MN 55440-1129

US BANK  33-34/750  105298

| Date | Control Number | Amount |
|---|---|---|
| 05/23/11 | 0000025690 | $20,941.95 |

VOID AFTER ONE YEAR
NOT VALID FOR AMOUNT OTHER THAN $20,941.95

Pay: Twenty Thousand Nine Hundred Forty-One And 95/100 Dollars
Payable to: ADARELLA DEYLH

Paul V___

⑴00105298⑴ ⑴073000545⑴ 196474153472⑴

Back:

07/31/2011 79-03 [illegible] 073100577 DEP

POSITIVE I.D. REQUIRED
[endorsement signature and text illegible]

# EXHIBIT 2

NOVARTIS CLAIMS ADMINISTRATOR
C/O RUST CONSULTING INC
PO BOX 1129
MINNEAPOLIS MN 55440-1129

IMPORTANT TAX RETURN DOCUMENTS ENCLOSED

0000025690    105298    001055
ADABELLA DEYLII

| | |
|---|---|
| Gross Award | 27,157.40 |
| Backpay Award (100% Wages) | 15,377.14 |
| Compensatory Award (100% Non-Wages) | 11,780.26 |
| Total Taxes Withheld From Backpay Award | 6,215.45 |
| Net Backpay Award | 9,161.69 |
| Net Award | $20,941.95 |



Enclosed is your award as part of the Velez, et al. v. Novartis Pharmaceuticals Corp. Class Action Settlement. The amount that you are receiving was determined in accordance with the Settlement Agreement and Release and the Final Approval Order.
If you have a change of address, please contact the Claims Administrator at (866) 208-5285. If you are attempting to reach the Claims Administrator after the check void date, please call (612) 359-2085.
**THE ENCLOSED CHECK MUST BE CASHED WITHIN ONE (1) YEAR OR IT WILL BECOME VOID.**
Below are your IRS Forms W-2 and 1099-MISC which you will need when you file your tax return for the period January 1, 2011 through December 31, 2011. If you have questions about the taxability of your award, you should contact your tax advisor.

Form W-2 2011 (×3)

Form 1099-MISC 2011

NOVARTIS CLAIMS ADMINISTRATOR
C/O RUST CONSULTING INC
PO BOX 1129
MINNEAPOLIS MN 55440-1129

US BANK    33-54/730    105298

| Date | Control Number | Amount |
|---|---|---|
| 05/23/11 | 0000025690 | $20,941.95 |

VOID AFTER ONE YEAR
NOT VALID FOR AMOUNT OTHER THAN $20,941.95
Payee's signature required on back in order for this instrument to be valid

Pay Twenty Thousand Nine Hundred Forty-One And 95/100 Dollars
Payable to: ADABELLA DEYLII



⑆00105298⑆ ⑈073000545⑈ 196474534718⑆